DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOS N. KRITIKOS,** an individual, and **JUPITER HOLDING CO., LLC,**
Appellants,

v.

**ANDERSEN BUILDERS, INC.,**
Appellee.

No. 4D15-4000

[ July 6, 2017 ]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; George A. Shahood, Judge; L.T. Case No. 06-735 CA.

Steven L. Brannock of Brannock & Humphries, Tampa, for appellants.

Kansas R. Gooden of Boyd & Jenerette, P.A., Jacksonville, Thomas A. Berger of Boyd & Jenerette, P.A., Coconut Creek, and John P. Seiler of Seiler Sautter Zaden Rimes & Wahlbrink, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***